IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

M.D. and Y.G., on behalf of J.D., a minor
Plaintiff,

      Plaintiff,

v.                                                             No. 1:18-cv-00527-KBM-KK

BOARD OF EDUCATION OF THE PECOS
INDEPENDENT SCHOOL DISTRICT,
DOMINICK BACA, FRED TRUJILLO,
and SIMON MIERA,

      Defendants.

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW plaintiffs M.D., Y.G. and J.D. and defendant Board of Education of the Pecos Independent School District (the "Defendant"), by and through their undersigned counsel, and pursuant to FED. R. CIV. P. 41(a)(2) hereby move the Court for dismissal with prejudice of the *Plaintiff's Complaint for Civil Rights Violations*, filed on June 7, 2018 [Doc. 3] (the "Complaint") and all claims brought, or which could have been brought, herein against the Defendant.

As grounds for this motion, the movants state: The plaintiffs and the Defendant have reached a settlement of all claims brought, or which could have been brought, in this action against the Defendant. Accordingly, the Court should dismiss with prejudice the Complaint and all claims brought, or which could have been brought, in this action against the Defendant. The parties will bear their own respective fees and costs.

Submitted by:

/s/ Gerald A. Coppler
Gerald A. Coppler
Coppler Law Firm, P.C.
Santa Fe, New Mexico 87505
(505) 988-5656
*Counsel for Board of Education*

and

/s/ Michael Carrico, Esq.
Michael Carrico, Esq.
Smidt, Reist & Keleher
4811-A Hardware Dr., NE, Suite 4
Albuquerque, New Mexico 87109
mcarrico@srklawnm.com
*Counsel for the Plaintiff*

## Certificate of Service

I HEREBY CERTIFY that on the 18th day of January, 2019, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record and parties *pro se* to be served by electronic mail, fax, or USPS, as more fully reflected in the Notice of Electronic Filing.

/s/ Gerald A. Coppler

T:GAC\PLEADING\3195348.2019-01-18 Joint Motion to Dismiss