IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

M.D. and Y.G., on behalf of J.D., a minor
Plaintiff,

      Plaintiff,

v.                                                                                  No. 1:18-cv-00527-KBM-KK

BOARD OF EDUCATION OF THE PECOS
INDEPENDENT SCHOOL DISTRICT,
DOMINICK BACA, FRED TRUJILLO,
and SIMON MIERA,

      Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having come before the Court on the *Joint Motion to Dismiss with Prejudice* [Doc. 50] and the Court, having reviewed said motion and being otherwise fully advised, FINDS that the Motion is well taken and is HEREBY GRANTED.

IT IS THEREFORE ORDERED THAT all claims brought, or which could have been brought, herein against defendant Board of Education of the Pecos Independent School District are hereby dismissed with prejudice and *Plaintiff's Complaint for Civil Rights Violations*, filed on June 7, 2018 [Doc. 3] is hereby dismissed with prejudice.  The parties will bear their own respective fees and costs.

_____
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent